UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| NEXTGEN PAIN ASSOCIATES & REHAB and NEXTGEN DIAGNOSTICS (as assignees of Nada Taleb),<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendant. | C.A. No. 2:18-cv-13941-VAR-MKM |

## **ORDER**

IT IS HEREBY ORDERED as follows:

1. Plaintiffs NextGen Pain Associates & Rehab and NextGen Diagnostics shall serve all answers and all responsive documents, without objection, to Liberty Mutual Insurance Company's:

   - First Interrogatories to Plaintiff NextGen Pain & Rehab;

   - First Requests for Production of Documents to Plaintiff NextGen Pain Associates & Rehab;

   - First Requests for Admission to Plaintiff NextGen Pain Associates & Rehab;

   - First Interrogatories to Plaintiff NextGen Diagnostics;

   - First Requests for Production of Documents to Plaintiff NextGen Diagnostics; and

1

- First Requests for Admission to Plaintiff NextGen Diagnostics

before 5:00 p.m. on June 21, 2019.

2. The depositions of Abdul Baydoun, David Winter, and Nura Kutob shall be conducted in the Eastern District of Michigan on or before July 31, 2019. Counsel for NextGen Pain Associates & Rehab and NextGen Diagnostics shall confer with Abdul Baydoun, David Winter, and Nura Kutob, and provide counsel for Liberty Mutual Insurance Company with all dates each witness is available for testimony on or before July 31, 2019, no later than June 21, 2019. Liberty Mutual shall then serve amended subpoenas and deposition notices, which will be accepted by counsel for NextGen Pain Associates & Rehab and NextGen Diagnostics via electronic mail.

3. The deposition of Ricardo Borrego, M.D. shall be conducted on July 10, 2019 at 10:00 a.m. The deposition of Timothy Matway, M.D. shall be conducted on July 24, 2019 at 3:00 p.m. The parties shall not object to the dates and times of these depositions. The parties may agree to reasonable requests for changes made by the witnesses provided that both depositions must be conducted on or before July 31, 2019.

IT IS SO ORDERED.

Dated: _6/20/2019_____        s/ Victoria A. Roberts_____
                                       HON. VICTORIA A. ROBERTS
                                       United States District Judge