UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| NEXTGEN PAIN ASSOCIATES & REHAB and NEXTGEN DIAGNOSTICS (as Assignees of Nada Taleb),<br><br>            Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>            Defendant. | C.A. No. 2:18-cv-13941-VAR-MKM |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties stipulate as follows:

1. Plaintiffs agree to dismiss their Complaint with prejudice as to Liberty Mutual and all affiliates of Liberty Mutual, including but not limited to Safeco Insurance Company of Illinois, and Nada Taleb.

2. Plaintiffs agree that neither they nor Nada Taleb shall ever have the right to seek reimbursement from Liberty Mutual or any of its affiliates, including not limited to Safeco Insurance Company of Illinois, for alleged services at issue in plaintiffs' Complaint.

STIPULATED TO THIS 24th DAY OF JUNE, 2019:

1

| | |
|---|---|
| *Liberty Mutual Insurance Company,* | *NextGen Pain Associates & Rehab and NextGen Diagnostics* |
| By their Attorneys, | By their Attorney, |
| */s/ Andrew H. DeNinno* <br> Kevin J. Peters (P53771) <br> kpeters@smithbrink.com <br> Andrew H. DeNinno <br> adeninno@smithbrink.com <br> SMITH & BRINK <br> 38777 Six Mile Road <br> Suite 314 <br> Livonia, MI 48152 <br> (734) 521-9000 <br><br> 350 Granite Street <br> Suite 2303 <br> Braintree, MA 02184 <br> (617) 770-2214 <br><br> LAW OFFICES OF <br> CHRISTINE GREIG <br><br> Michael C. O'Malley (P59108) <br> michael.omalley01@libertymutual.com <br> 28411 Northwestern Hwy <br> Suite 640 <br> Southfield, MI 48034 <br> (248) 226-7050 | */s/ Dewnya A. Bazzi* <br> Dewnya A. Bazzi <br> db@atlawgroup.com <br> AT LAW GROUP <br> 3 Parklane Blvd. West Tower, <br> Suite 1500 <br> Dearborn, MI 48126 <br> (313) 406-7606 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

NEXTGEN PAIN ASSOCIATES & REHAB and NEXTGEN DIAGNOSTICS (as Assignees of Nada Taleb),

    Plaintiffs,

vs.

LIBERTY MUTUAL INSURANCE COMPANY,

    Defendant.

C.A. No. 2:18-cv-13941-VAR-MKM

## **ORDER OF DISMISSAL WITH PREJUDICE**

Upon stipulation of the parties;

Plaintiffs NextGen Pain Associates & Rehab's and NextGen Diagnostics's Complaint is dismissed with prejudice as to Liberty Mutual Insurance Company and all of its affiliates, including but not limited to Safeco Insurance Company of Illinois. NextGen Pain Associates & Rehab, NextGen Diagnostics, and Nada Taleb may not seek reimbursement from Liberty Mutual Insurance Company or any of its affiliates, including but not limited to Safeco Insurance Company of Illinois, for any of the alleged services at issue in this action.

IT IS ORDERED.

Dated: _6/27/19                                    s/ Victoria A. Roberts
                                                   HON. VICTORIA A. ROBERTS
                                                   United States District Court Judge

4